

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00480-CV

Phyllis **BOWSER**,
Appellant

v.

Ronald **WREN**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2014CV02075
Honorable David J. Rodriguez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Appellant's motion to refer this case to mediation is DENIED. Appellant is indigent; no costs are taxed in this appeal.

SIGNED November 16, 2016.

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice